■ In the Matter of JEFFREY WILSON, Petitioner, v BARBARA NEWMAN et al., Respondents. [960 NYS2d 312]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, and finding that the claims raised in the petition are not cognizable in this article 78 proceeding. It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Andrias, J.P., Freedman, Feinman and Gische, JJ.

■ CHAKIMA DOVER, Appellant, v JOHN B. RHEA, as Chairperson of the New York City Housing Authority, et al., Respondents. [960 NYS2d 312]— An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Arthur F. Engoron, J.), entered on or about March 26, 2012, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated February 26, 2013, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Moskowitz, Richter, Manzanet-Daniels and Clark, JJ.